William Safford, CA Bar #286948
P.O. Box 211
Palo Alto, California 94302
Ph: (650) 308-5575
Fx: (650) 600-3727
william@saffordlegal.com

*Counsel for Defendant Dean Tuan Trinh*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEAN TUAN TRINH,<br><br>    Defendant. | Case No.:   **3:13-00336-RS**<br><br>[ ~~PROPOSED~~ ] ORDER CONTINUING STATUS HEARING |

## ORDER CONTINUE STATUS HEARING

For good cause shown, IT IS HEREBY ORDERED that the following status hearing now set for June 25, 2013, at 2:30 p.m. is vacated, and a new hearing set for July 9, 2013, at 2:30 p.m. By stipulation, time is waived under the Speedy Trial Act through July 9, 2013.

SO ORDERED this <u>25th</u> day of June, 2013.

By: _____
District Judge Richard Seeborg